EDISON FIXTURE COMPANY, INCORPORATED, PLAINTIFF-APPELLANT, v. LOUIS LAZAR, DEFENDANT-RESPONDENT.

Argued May 5, 1925—Decided May 19, 1925.

On appeal from the District Court.

Before Justices PARKER, MINTURN and BLACK.

For the appellant, *Herman B. J. Weckstein.*

For the respondent, *Charles H. Roemer.*

PER CURIAM.

This suit was brought in the Passaic District Court to recover the balance due of $14.80 on a written contract. The case was tried by the judge without a jury, resulting in a judgment for the defendant.

The case is controlled by the case of *Edison Fixture Co., Inc.,* v. *Copoulos,* 3 *N. J. Adv. R.* (at *p.* 174); 127 *Atl. Rep.* 551. In that case, it was said we are unable to find any evidence justifying the judgment. So, in the present case.

The judgment is reversed and a *venire de novo* awarded.